**Order entered November 10, 2014**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00495-CR

**MELQUIADES HERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. F13-55932-H**

## ORDER

The Court **REINSTATES** the appeal.

On October 24, 2014, we ordered the trial court to make findings regarding why the reporter's record had not been filed. On November 10, 2014, we received the reporter's record. Therefore, in the interest of expediting the appeal, we **VACATE** the October 24, 2014 order requiring findings.

Appellant's brief is due within thirty days of the date of this order.

/s/    LANA MYERS
       JUSTICE